IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-51075
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

TINA McDANIEL BOLTON,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. MO-96-CR-132-ALL
- - - - - - - - - -

September 15, 1998

Before HIGGINBOTHAM, JONES, and DENNIS, Circuit Judges

PER CURIAM:[*]

     Tina McDaniel Bolton appeals the district court's denial of
her motion to suppress evidence seized during an inventory search
of her vehicle by state officers.  Bolton contends her detention
while an officer drove to the scene and her arrest were pretextual,
that the search was unconstitutional under Texas law, and that the
inventory search was a ruse for an investigatory search.  Her claim
that the arrest and detention were pretextual is without merit.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

1

*United States v. Causey*, 834 F.2d 1179, 1185 (5th Cir. 1987) (*en banc*).  In determining the admissibility of evidence in a federal court, the violation of state law in obtaining such evidence is irrelevant.  *United States v. Walker*, 960 F.2d 409, 415 (5th Cir. 1992).  Finally, as the inventory search was conducted according to the established procedure of the Odessa Police Department, officer did not run afoul of the Fourth Amendment.  *Florida v. Wells*, 495 U.S. 1, 4-5 (1990).

AFFIRMED.